UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Michele Y. Myslinski,<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 25-02339<br><br>Chapter: 13<br>Honorable Jacqueline P Cox |

**ORDER GRANTING MOTION TO MODIFY AUTOMATIC STAY**

This case is before the court on the motion of VW Credit Leasing LTD to modify the automatic stay.
IT IS ORDERED that the motion is granted as follows:
1. The automatic stay is modified so as to not restrain VW Credit Leasing LTD from pursuing in rem non-bankruptcy remedies with respect to a 2021 VOLKSWAGEN TIGUAN, VIN: 3VV4B7AX3MM146431.

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: July 21, 2025

**Prepared by:**

BONIAL & ASSOCIATES, P.C.
Wesley T. Kozeny / # 6199471
12400 Olive Blvd, Suite 555
St. Louis, Missouri 63141
Phone: (314) 991-0255
Fax: (314) 991-6755
ILBK@BonialPC.com
Attorney for Movant