Form G-3 (20241101)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION   ▼DIVISION**

In re: Michele Y Myslinski ) Chapter 13
) 
) No. 25-02339
) 
Debtor(s) ) Judge Jacqueline P. Cox

## NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on September 8, 2025, at 9:00 a.m., I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, **either** in courtroom 680 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 or electronically as described below, and present the motion of Debtor [to/for] Objection to Claim 3 of VW Credit Leasing, LTD, a copy of which is attached.

**Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

**Meeting ID and passcode.**  The meeting ID for this hearing is 161 273 2896, and the passcode is 778135.  The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: /s/ David H. Cutler

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St, Skokie, IL 60076
Phone: (847) 673-8600
cutlerfilings@gmail.com

## CERTIFICATE OF SERVICE

I, David H. Cutler,

[X] an attorney, certify

- or -

[ ] a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on August 7, 2025, at 4:30 p.m *

/s/ David H. Cutler
[Signature]

*All applicable boxes must be checked and all blanks filled in.

-2-

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  25-02339 |
| Michele Y Myslinski | ) | |
| | ) | HON. Jacqueline P. Cox |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

**LIST OF PARTIES SERVED**

Thomas H. Hooper, Office of the Chapter 13 Trustee, 55 E. Monroe St., Suite 3850 Chicago, IL 60603, via electronic court notification;

Office of the U.S. Trustee, 219 South Dearborn, Suite 873, Chicago, IL 60604, via electronic court notification;

Michele Y Myslinski, 1410 E Palatine Rd. Palatine, IL 60074, via U.S. Mail;

VW Credit Leasing, Ltd, 14841 Dallas Parkway, Suite 350 Dallas, TX 75254, via U.S. Mail;

Corporation Service Company, Registered Agent, VW Credit Leasing, Ltd, 251 Little Falls Drive, Wilmington, DE 19808, via U.S. Mail;

Dr. Kjell Gruner, **President & Chief Operating Officer,** VW Credit Leasing, Ltd, 2200 Woodland Pointe Avenue Herndon, VA 20171, via U.S. Mail;

Wesley T Kozeny, Attorney for the Creditor, VW Credit Leasing, Ltd, Bonial & Associates, P.C. 12400 Olive Blvd, Suite 555 St. Louis, MO 63141, via electronic court notification;

VW Credit Leasing, Ltd, c/o VW Credit, Inc. PO Box 9013 Addison, Texas 75001, via U.S. Mail;

VW Credit, Inc., 1401 Franklin Blvd, Libertyville, IL 60048, via U.S. Mail;

See attached Service List, served via U.S. Mail.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No.: 25-02339 |
| Michele Y Myslinski ) | |
| ) | Chapter 13 |
| ) | |
| Debtor(s) ) | Judge:   Jacqueline P. Cox |

# DEBTOR'S OBJECTION TO CLAIM OF VW CREDIT LEASING, LTD (CLAIM NO. 3-1)

NOW COMES the Debtor, Michele Y Myslinski, (the "Debtor"), by and through her attorneys, Cutler & Associates, Ltd., to for his Objection to the Claim of VW Credit Leasing Ltd and states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).

2. The Debtor filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization on February 17, 2025.

3. The Debtor entered into a lease agreement with VW Credit Leasing, Ltd ("VW") on September 2, 2021 to lease a vehicle, a 2021 Volkswagen Tiguan.

4. On April 10, 2025, VW's filed an unsecured claim in the Debtor's bankruptcy case in the amount of $25,744.52 allegedly owed by the Debtor to VW.  A copy of the Proof of Claim is attached as Exhibit A.

5. VW's unsecured claim alleges that the Debtor has a total debt of as of February 17, 2025 consisting of remaining lease payments April 2, 2024 to December 2, 2024 in the amount of $4,418.80 and an optional purchase price of $21,325.72 for a total debt of $25,744.52.

6.    VW's filing of an unsecured claim in the Debtor's case is premature as they have a duty to mitigate their damages by selling the subject.

7.    VW should have filed a secured claim as the 2021 Volkswagen Tiguan has not been sold and then after the vehicle was sold file an unsecured claim for the deficiency balance.

8.    Accordingly, the Proof of Claim of VW should be disallowed until they have sold the subject vehicle.

WHEREFORE, the Debtor prays for the following relief:

    A.    That this Court enter an order disallowing the claim of VW Credit Leasing, Ltd (Claim Number 3-1) until they have subject vehicle; and

    B.    For any such further relief as this Court deems equitable and just.

August 7, 2025

Respectfully submitted,

By: /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St,
Skokie, IL 60076
Phone: (847) 673-8600