| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 25-02339<br>Northern District of Illinois<br>Eastern Division<br>Thu Aug  7 15:15:45 CDT 2025 | LVNV Funding, LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)MCCALLA RAYMER LEIBERT PIERCE LLC<br>ATTN ATTN WENDY REISS<br>1544 OLD ALABAMA ROAD<br>ROSWELL GA 30076-2102 |
| VW Credit Leasing, Ltd<br>14841 Dallas Parkway, Suite 350<br>Dallas, TX 75254-7685 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 |
| Citibank/Best Buy<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>St Louis, MO 63179-0040 | Citibank/The Home Depot<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>St Louis, MO 63179-0040 | Comenity/Ulta<br>Attn: Bankruptcy Dept<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Mrc/united Wholesale M<br>Attn: Bankruptcy<br>P. O. Box 619098<br>Dallas, TX 75261-9098 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Sheffield Financial<br>Attn: Bankruptcy<br>Po Box 1704<br>Clemmons, NC 27012-1704 | Sheffield Financial, a division of Truist Ba<br>PO Box 1847<br>Wilson, NC 27894-1847 | Synchrony Bank<br>by AIS InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Synchrony Bank/Care Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | VW Credit Leasing, Ltd<br>c/o VW Credit, Inc.<br>PO Box 9013<br>Addison, Texas 75001-9013 | Volkswagen Credit, Inc<br>Attn: Bankruptcy<br>2200 Woodland Pointe Ave<br>Herndon, VA 20171-5874 |
| Adam G. Brief<br>Office of the U. S. Trustee, Region 11<br>219 South Dearborn<br>Room 873<br>Chicago, IL 60604-2027 | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076-2780 | Michele Y Myslinski<br>1410 E Palatine Rd<br>Palatine, IL 60074-5733 |
| Thomas H. Hooper<br>Office of the Chapter 13 Trustee<br>55 E. Monroe St.<br>Suite 3850<br>Chicago, IL 60603-5764 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nationstar Mortgage LLC
c/o MCCALLA RAYMER LEIBERT PIERCE, LLC
Bankruptcy Department
1 N. Dearborn Suite 1200
Chicago, IL 60602 United States

Nationstar Mortgage LLC
Bankruptcy Department
PO Box 619096
Dallas TX 75261-9741

(d)Nationstar Mortgage LLC
c/o McCalla Raymer Leibert Pierce, LLC
Bankruptcy Department
1 N. Dearborn Suite 1200
Chicago, IL 60602

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nationstar Mortgage LLC

(d)LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587

End of Label Matrix
Mailable recipients    24
Bypassed recipients     2
Total                  26